Daniel A. Lev (CA Bar No. 129622
  dlev@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff, Howard M. Ehrenberg, Chapter 7 Trustee

FILED & ENTERED

MAR 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AXIUM INTERNATIONAL, INC.,<br><br>    Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case No. 2:08-bk-10376-BB, and Substantively Consolidated[1] |
| In re<br><br>DIVERSITY MSP, INC.,<br><br>    Debtor | Jointly Administered With Case No. 2:08-bk-10377-BB, and Substantively Consolidated[2] |
| HOWARD M. EHRENBERG, Chapter 7 Trustee of the Jointly Administered Cases of Axium International, Inc. and Diversity MSP, Inc.,<br><br>    Plaintiff,<br>v.<br><br>ACCELERATED SOLUTIONS, INC., a New York corporation,<br><br>    Defendant. | Adv. No. 2:09-ap-02935-BB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ACCELERATED SOLUTIONS, INC.'S MOTION TO DISMISS, AND CONTINUING STATUS CONFERENCE**<br><br>DATE:    March 18, 2010<br>TIME:    11:00<br>PLACE:  Courtroom 1475 |

---

[1] Substantively consolidated with the following identified Cases: 2:08-bk-10376-BB; 2:08-bk-10294-BB; 2:08-bk-10327-BB; 2:08-bk-10339-BB; 2:08-bk-10304-BB; 2:08-bk-10312-BB; 2:08-bk-10340-BB; 2:08-bk-10297-BB; 2:08-bk-10329-BB; 2:08-bk-10319-BB; 2:08-bk-10326-BB; 2:08-bk-10332-BB; 2:08-bk-10336-BB; 2:08-bk-10314-BB; 2:08-bk-10317-BB; 2:08-bk-10333-BB; 2:08-bk-10291-BB; 2:08-bk-10338-BB; 2:08-bk-10280-BB; 2:08-bk-10305-BB; 2:08-bk-10335-BB; 2:08-bk-10321-BB; 2:08-bk-10285-BB; 2:08-bk-10320-BB; 2:08-bk-10306-BB; 2:08-bk-10311-BB; 2:08-bk-10301-BB; 2:08-bk-10298-BB; 2:08-bk-10341-BB; 2:08-bk-10331-BB; 2:08-bk-10325-BB; and 2:08-bk-10290-BB.

[2] Substantively consolidated with the following identified Cases: 2:08-bk-10372-BB; 2:08-bk-10316-BB; 2:08-bk-10373-BB; and 2:08-bk-10375-BB.

SWERTH\ 623252.1

On March 18, 2010, at 11:00 a.m., in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, the Honorable Sheri Bluebond Presiding, the Court heard the "Notice of Motion and Motion for More Definite Statement Under Fed. R. Civ. P. 12(e) or, in the Alternative, Motion to Dismiss under Fed R. Civ. P. 12(b)(6); Memorandum Of Points And Authorities In Support Thereof" (the "Motion") filed by Accelerated Solutions, Inc.

Having considered the Motion, the opposition to the Motion filed by the Plaintiff, Defendant's reply thereto, and the arguments and statements made by counsel at the hearing on the Motion, and good cause appearing, the Court orders as follows:

(1)     On or before April 5, 2010, the Plaintiff shall file an amended complaint (the "Amended Complaint") in this adversary proceeding which identifies (i) the payor of the transfers identified in the complaint, (ii) the specific checks relating to each such payment, and (iii) information relating to the invoices for each such payment;

(2)     Accelerated Solutions, Inc. shall until April 19, 2010 to file a responsive pleading to the Amended Complaint; and

(3)     the Status Conference in this proceeding is continued to July 22, 2010 at 11:00 a.m.

**IT IS SO ORDERED**.

###

DATED: March 24, 2010

United States Bankruptcy Judge

| In re: | CHAPTER: 7 |
|---|---|
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as ORDER GRANTING IN PART AND DENYING IN PART ACCELERATED SOLUTIONS, INC.'S MOTION TO DISMISS, AND CONTINUING STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On March 22, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on March 22, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Aaron De Leest, representing Accelerated Solutions, Inc,, aed@dgdk.com
Office of the United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Howard M. Ehrenberg, Chapter 7 Trustee, ehrenbergtrustee@sulmeyerlaw.com

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 22, 2010 | Shirley L. Lee | /s/ Shirley Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| n re:<br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled  ORDER GRANTING IN PART AND DENYING IN PART ACCELERATED SOLUTIONS, INC.'S MOTION TO DISMISS, AND CONTINUING STATUS CONFERENCE  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of March 22, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Aaron De Leest, representing Accelerated Solutions, Inc., aed@dgdk.com
Office of the United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Chapter 7 Trustee, ehrenbergtrustee@sulmeyerlaw.com

☒ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9021-1.1**